SHAWN C. LOORZ, State Bar # 250985
**LEVANGIE LAW GROUP**
2021 N Street
Sacramento, CA 95811
Tel: (916) 443-4849
Fax: (916) 443-4855
Email: shawn.loorz@llg-law.com

Attorneys for Defendant
RANCHO TEHAMA ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MARCIA MCHUGH, Heir at Law and
Successor in Interest to JOSEPH MCHUGH,
Deceased; and GRACE MCHUGH, Heir at
Law and Successor in Interest to JOSEPH
MCHUGH, Deceased,

      Plaintiffs,

v.

COUNTY OF TEHAMA; TEHAMA
COUNTY SHERIFFS' OFFICE; SHERIFF
DAVE HENCRATT, in his individual and
official capacity as Sheriff for the County of
Tehama Sheriff Department; ASSISTANT
SHERIFF PHIL JOHNSTON; in his individual
and official capacity as Assistant Sheriff for the
County of Tehama Sheriff Department;
SUCESSOR IN INTEREST OR ESTATE OF
KEVIN NEAL, and; THE RANCHO
TEHAMA ASSOCIATION INC.,

      Defendants.

CASE NO. 2:19-CV-02292-TLN-DMC

**STIPULATION AND ORDER TO SET
ASIDE DEFAULT AGAINST RANCHO
TEHAMA ASSOCIATION, INC.**

      WHEREAS, Plaintiff Marcia McHugh and Grace McHugh, by and through their counsel

of record, filed a Complaint with this court on November 13, 2019, naming Defendant Rancho

Tehama Association, Inc. as a Defendant; and

      WHEREAS, Defendant Rancho Tehama Association ("RTA") was served with a copy of

the Summons and Complaint in this action; and

STIPULATION AND ORDER TO SET ASIDE DEFAULT AGAINST RANCHO TEHAMA ASSOCIATION

WHEREAS, Defendant RTA inadvertently did not respond to the Complaint filed in this action in a timely manner, but is represented by counsel and prepared to file an appearance; and

WHEREAS, Plaintiff filed a request for default as to Defendant RTA in this action, but is willing to stipulate to set aside the default to allow RTA to actively participate in the action;

WHEREAS, Plaintiff will only stipulate to set aside the default if Defendant files an Answer; and

WHEREAS Defendant RTA will file an Answer to Plaintiffs' Complaint by April 30, 2020.

The parties to the above-entitled actions, by and through their undersigned counsel, hereby agree, stipulate, and propose as follows:

1.  The default taken against Defendant RTA will be set aside;

2.  Defendant RTA will file an Answer to the Complaint by April 30, 2020.

IT IS SO STIPULATED.

DATED: April 7, 2020                    BARR & MUDFORD, LLP

                                        By: s/ Cathleen Theresa Barr
                                            CATHLEEN THERESA BARR
                                            Attorney for Plaintiff

DATED:  April 7, 2020                   LEVANGIE LAW GROUP

                                        By: s/ Shawn C. Loorz
                                            SHAWN C. LOORZ
                                            Attorney for Defendant
                                            RANCHO TEHAMA ASSOCIATION, INC.

**IT IS SO ORDERED.**

DATED: April 7, 2020

                                        _____
                                        Troy L. Nunley
                                        United States District Judge