**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA MCHUGH,<br>Heir at Law and Successor in<br>Interest to JOSEPH MCHUGH, Deceased;<br>and<br>GRACE MCHUGH,<br>Heir at Law and Successor in<br>Interest to JOSEPH MCHUGH, Deceased;<br><br>          Plaintiffs,<br><br>          vs.<br><br>COUNTY OF TEHAMA;<br>TEHAMA COUNTY SHERIFFS' OFFICE;<br>SHERIFF DAVE HENCRATT, in his<br>individual and official capacity as Sheriff for<br>the County of Tehama Sheriff Department;<br>ASSISTANT SHERIFF PHIL JOHNSTON;<br>in his individual and official capacity as<br>Assistant Sheriff for the County of Tehama<br>Sheriff Department;<br>SUCCESSOR IN INTEREST OR ESTATE<br>OF KEVIN NEAL and;<br>THE RANCHO TEHAMA ASSOCIATION<br>INC.,<br><br>          Defendants. | No.  2:19-CV-02292-TLN-DMC<br><br>**Related Cases:**<br>2:18-CV-02912-TLN-DMC (McFayden);<br>2:18-CV-02916-TLN-DMC (Phommathep);<br>2:18-CV-02918-TLN-DMC (Woods);<br>2:18-CV-02917-TLN-DMC (A.H. a minor);<br>2:18-CV-02927-TLN-DMC (Steele/Elliot)<br><br>**ORDER RE: STIPULATION TO PERMIT PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT IN MARCIA MCHUGH V. COUNTY OF TEHAMA, ET AL.** |

**BARR & MUDFORD**
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Order  Re Stipulation to Permit Plaintiff to File a First Amended Complaint**

**IT IS HEREBY ORDERED**, per Stipulation by the parties, that plaintiffs Marcia and Grace McHugh may file an Amended Complaint at this time.

**IT IS FURTHER ORDERED** that the Motions to Dismiss the original complaint and subsequent briefing be withdrawn at this time.

**IT IS SO ORDERED.**

DATED: September 4, 2020

_____
Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA 96099-4390
(530) 243-8008

Page 2
Order Re Stipulation to Permit Plaintiff to File a First Amended Complaint