**TROY DOUGLAS MUDFORD** ..... California State Bar No. 156392
**ESTEE LEWIS**..................................California State Bar No. 268358
**CATHLEEN THERESA BARR** ....... California State Bar No. 295538
**BRANDON STORMENT** ...............California State Bar No. 267260
**BARR & MUDFORD, LLP**
1824 Court Street/Post Office Box 994390
Redding, California   96099-4390
Telephone:  (530) 243-8008
Facsimile:  (530) 243-1648

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA MCHUGH, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF TEHAMA; et al., <br><br> Defendants. | No.  2:19-CV-02292-TLN-DMC <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE A FURTHER AMENDED COMPLAINT OR REQUEST FOR FINAL ORDER** |

**WHEREAS,** on or about September 3, 2021, this Court granted a Motion to Dismiss in the above-entitled case.  [Document 40.] Some causes of action were dismissed without leave to amend, and some causes of action were dismissed with leave to amend.

**WHEREAS,** the Plaintiffs were ordered to file an Amended Complaint within thirty (30) days (by October 3, 2021.)

**WHEREAS,** the Parties have met and conferred and agree that additional time is necessary to discuss the issues of this case and best course of action.

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 1
**Stipulation and Order**

**THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED** that this Court extend the time for the Plaintiffs to file an Amended Complaint or Request for Final Order for sixty (60) additional days, to December 3, 2021.

Dated: September 30, 2021                    BARR & MUDFORD, LLP

    /s/ Estee Lewis
ESTEE LEWIS
Attorneys for Plaintiffs

Dated: September 30, 2021                    KENNY & NORINE

    /s/ Jonz Norine   *(E-signature approved on 9/30/21)*
JONZ NORINE
Attorneys for Defendants, COUNTY OF TEHAMA, DAVE HENCRATT, PHIL JOHNSTON and TEHAMA COUNTY SHERIFF'S OFFICE

Dated: September 30, 2021                    LEVANGIE LAW GROUP

    /s/ Shawn C. Loorz   *(E-signature approved on 9/30/21)*
MICHAEL J. LAVANGIE
SHAWN C. LOORZ
Attorneys for Defendant, RANCHO TEHAMA ASSOCIATION, INC.

**IT IS SO ORDERED.**

Dated:  October 1, 2021

Troy L. Nunley
United States District Judge

BARR & MUDFORD
Attorneys at Law
1824 Court Street
Post Office Box 994390
Redding, CA  96099-4390
(530) 243-8008

Page 2
**Stipulation and Order**